# EXHIBIT "A"

## Case Information

DC-21-07670 | KIMBERLY PHILLIPS vs. JAMES MARTIN, et al

| | | |
|---|---|---|
| Case Number<br>DC-21-07670 | Court<br>44th District Court | Judicial Officer<br>WYSOCKI, ASHLEY |
| File Date<br>06/16/2021 | Case Type<br>OTHER (CIVIL) | Case Status<br>OPEN |

## Party

**PLAINTIFF**
PHILLIPS, KIMBERLY

Active Attorneys ▼
Lead Attorney
GARCIA, ABRAHAM
Retained

**DEFENDANT**
MARTIN, JAMES

Address
18880 MARSH LN
DALLAS TX 75287

**DEFENDANT**
J.B. HUNT TRANSPORT, INC.

Address
BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE
COMPANY
211 E. 7TH STREET, SUITE 620
AUSTIN TX 78701

Active Attorneys ▼
Lead Attorney
MAYER, ZACH T
Retained

## Events and Hearings

06/16/2021 NEW CASE FILED (OCA) - CIVIL

06/16/2021 ORIGINAL PETITION ▾

PLAINTIFF'S ORIGINAL PETITION

06/16/2021 ISSUE CITATION ▾

ISSUE CITATION

ISSUE CITATION

06/18/2021 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
JAMES MARTIN

06/18/2021 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
J.B. HUNT TRANSPORT INC

06/23/2021 ORDER - STATUS CONFERENCE ▾

ORDER - STATUS CONFERENCE

07/26/2021 ORIGINAL ANSWER - GENERAL DENIAL ▾

ORIGINAL ANSWER - GENERAL DENIAL

07/26/2021 JURY DEMAND ▾

FP FILE DESK JURY DEMAND FORM

08/06/2021 Status Conference ▾

Judicial Officer
WYSOCKI, ASHLEY

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

## Financial

| PHILLIPS, KIMBERLY | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $308.00 |
| | Total Payments and Credits | | | $308.00 |
| 6/17/2021 | Transaction Assessment | | | $308.00 |
| 6/17/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 38424-2021-DCLK | PHILLIPS, KIMBERLY | ($308.00) |
| J.B. HUNT TRANSPORT, INC. | | | | |
| | Total Financial Assessment | | | $40.00 |
| | Total Payments and Credits | | | $40.00 |
| 7/27/2021 | Transaction Assessment | | | $40.00 |
| 7/27/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 48181-2021-DCLK | J.B. HUNT TRANSPORT, INC. | ($40.00) |

## Documents

PLAINTIFF'S ORIGINAL PETITION

ISSUE CITATION

ISSUE CITATION

ORDER - STATUS CONFERENCE

ORIGINAL ANSWER - GENERAL DENIAL

FP FILE DESK JURY DEMAND FORM